ATTORNEY GRIEVANCE COMMISSION *   IN THE
OF MARYLAND

                          *   COURT OF APPEALS

       Petitioner           *

                          *   OF MARYLAND

          v.              *

                          *

ALEXANDER DJORDJEVICH      *   Misc. Docket AG

                          *   No. 38

       Respondent       *   September Term, 2015

## ORDER

This Court having considered the Joint Petition for Indefinite Suspension by Consent, with Right to Apply for Reinstatement After Nine (9) Months, filed herein pursuant to Maryland Rule 16-772, in which Respondent admits he committed professional misconduct in violation of Rules 1.1, 1.3, 1.4(a)(2)(3) and (b), 1.16(d), 3.4(c), 8.1(b) and 8.4(d) of the Maryland Lawyers' Rules of Professional Conduct, it is this 17th day of ___September___, 2015,

ORDERED, by the Court of Appeals of Maryland, that Alexander Djordjevich be and he hereby is, indefinitely suspended, effective immediately, by consent from the practice of law in the State of Maryland, and it is further

ORDERED, that the Respondent may apply for reinstatement after nine (9) months from the date this Order is entered, conditioned upon his reinstatement to the Bar of the District of Columbia, and it is further

ORDERED, that the Clerk of this Court shall strike the name of Alexander Djordjevich from the register of attorneys in this Court, and shall certify that fact to the Client Protection Fund of Maryland and the clerks of all judicial tribunals in this State pursuant to Maryland Rule 16-772(d).

                                      /s/ Mary Ellen Barbera
                                      Chief Judge